**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-01632-001-TUC-RM (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Prince Anthony James Kelly, | |
| Defendant. | |

At a Final Disposition Hearing held on December 17, 2019, the Court revoked Defendant Prince Anthony James Kelly's supervised release and sentenced him to an 18-month term of imprisonment, with credit for time served but with the sentence to run consecutive to Defendant's sentence imposed in Maricopa County Superior Court case number CR2017-130678-001.  (Doc. 179.)  The Supervised Release Disposition Report states that Defendant served 61 days in custody as of the date of his Final Disposition Hearing.  (Doc. 176; *see also* Doc. 167.)

On December 6, 2021, Defendant filed a pro se Motion, complaining that his disposition and commitment paperwork does not reflect that he "waited" five months. (Doc. 180.)

The Judgment in this case appropriately reflects that Defendant was given credit for time served.  (Doc. 179.)  The credit for time served includes the period of time prior to Defendant's Final Disposition Hearing in which Defendant was detained on the supervised release violation in this case following the issuance of a writ of habeas corpus

ad prosequendum. (*See* Docs. 167, 176.) The Court ordered Defendant's sentence in this case to run consecutive to his sentence in Maricopa County Superior Court case number CR2017-130678-001, and therefore Defendant is not entitled to any credit in this case for time that he served in Maricopa County Superior Court case number CR2017-130678-001.

As the docket reflects that Defendant was detained 61 days on the supervised release violation in this case prior to his Final Disposition Hearing—rather than the five months that he claims in his Motion—his Motion will be denied.

**IT IS ORDERED** that Defendant's pro se Motion (Doc. 180) is **denied without prejudice** and with leave for former defense counsel to file a renewed motion if she has any further information regarding the computation of Defendant's term of incarceration.

Dated this 11th day of February, 2022.

_____
Honorable Rosemary Márquez
United States District Judge